**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL E. HOWARD,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:06-cv-297-Orl-28DAB**

**MATTHEW FOXMAN, et al.,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **[AMENDED] APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **(Doc. No. 7)**
>
> **FILED:** April 27, 2006
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Although Plaintiff has already been provided with the opportunity to file an amended Application to Proceed *In Forma Pauperis* explaining his source of subsistence since he was last employed in December of 2003, he has failed to do so in the Amended Application. *See* Doc. No. 5, 7.

Moreover, in order to proceed *in forma pauperis*, Plaintiff must allege a non frivolous cause of action within the limited jurisdiction of the federal courts. Plaintiff vaguely alleges a conspiracy to keep him in jail beyond what he believed was the time he deserved. However, Plaintiff's Complaint is unclear and ambiguous as to who the Defendants are, what relief is sought, and what the legal basis is for seeking relief. *See* Doc. No. 1. Plaintiff was ordered on April 7, 2006 to amend his

-2-

Complaint to identify the Defendants in the style of the case and in the body of the Complaint to avoid having his application denied on grounds of ambiguity or frivolousness. Plaintiff has failed to do so. *See* Doc. No. 5.

It is recommended that Plaintiff's application be denied and that the action be dismissed if Plaintiff fails to pay the required filing fee within 11 days from the date of any Order adopting or affirming this Report and Recommendation.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**DONE** and **ORDERED** in Orlando, Florida on May 4, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Plaintiff Michael E. Howard