# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHAEL E. HOWARD,

                    Plaintiff,

-vs-                                 Case No.  6:06-cv-297-Orl-28DAB

MATTHEW FOXMAN,

                    Defendant.

_____

## ORDER

This case is before the Court on the Amended Application to Proceed *In Forma Pauperis* (Doc. No. 7) filed April 27, 2006.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and considering the objection filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  The Magistrate Judge found that Plaintiff failed to properly explain his source of subsistence since he was last employed in December of 2003.  In addition, the Magistrate noted that Plaintiff's complaint is unclear,  ambiguous and frivolous.  Plaintiff filed an Amended Complaint (Doc. 10) after the Magistrate Judge issued his Report and Recommendation (Doc. 9).  The failure of Plaintiff to properly support his Amended Application is a sufficient basis to deny the application without review of the Amended Complaint.  Therefore, it is **ORDERED** as follows:

      1.      That the Report and Recommendation filed May 4, 2006 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Amended Application to Proceed *In Forma Pauperis* is **DENIED**.  Plaintiff must pay the required filing fee within eleven (11) days of the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___2 4___ day of May, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party