**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL E. HOWARD,**

                **Plaintiff,**

**-vs-**                                                        **Case No. 6:06-cv-297-Orl-28DAB**

**MATTHEW FOXMAN, et al.,**

                **Defendants.**

_____

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **REQUEST FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL (Doc. No. 16)**
>
> **FILED:** June 15, 2006
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

In reviewing an application to proceed *in forma pauperis,* the Court may dismiss the case or refuse to permit it to continue without payment of fees "if satisfied that the action is frivolous or malicious." 28 U.S.C. § 1915(d) (1988). Plaintiff, formerly incarcerated in state prison, vaguely alleged a conspiracy to keep him in jail beyond what he believed was the time he deserved; however, Plaintiff's Complaint was unclear and ambiguous as to who the Defendants were, what relief was sought, and what the legal basis was for seeking relief. *See* Doc. No. 1. The Court recommended that Plaintiff's application to proceed in forma pauperis be denied because Plaintiff (although given the opportunity - *see* Doc. No. 5) had failed to explain his source of subsistence since he was last employed in December of 2003. Doc. No. 9. The Court also found the action to be frivolous and

-2-

recommended that it should be dismissed if the filing fee was not promptly paid. Doc. No. 9. Judge Antoon adopted the Recommendation and on May 25, 2006, denied Plaintiff's motion to proceed *in forma pauperis* for Plaintiff's failure to explain his source of subsistence since he was last employed in December of 2003. Doc. No. 12. Plaintiff was given eleven days to pay the required filing fee, which he did not do, instead filing a notice of appeal on June 5, 2006. Doc. No. 13.

Plaintiff now appeals to the Eleventh Circuit Court of Appeals, and once again seeks to proceed without payment of fees by filing a one paragraph hand-written statement. Plaintiff has failed to cure the defect present in his original application – he fails to explain his source of subsistence since he was last employed in December of 2003. It is respectfully **RECOMMENDED** that Plaintiff's request to proceed without payment of fees be **DENIED.**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 20, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy
Plaintiff Michael E. Howard