### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL E. HOWARD,**

**Plaintiff,**

-vs-                                                  **Case No.  6:06-cv-297-Orl-28DAB**

**MATTHEW FOXMAN,**

**Defendant.**

_____

## ORDER

This case is before the Court on Request for Leave to Proceed in Forma Pauperis on Appeal (Doc. No. 16) filed June 15, 2006.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and considering the objections filed,  the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed June 20, 2006 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiff's request to proceed without payment of fees is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of July, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party